SCWC-17-0000662

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

CHARLES HUANG,
Respondent/Plaintiff-Appellee,

vs.

DAVID DOUGLAS KROMER, TRUSTEE; and MPI LTD TRUST,
Respondents/Defendants-Appellees,

and

ANTHONY P. LOCRICCHIO,
Petitioner/Non-Party-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-17-0000662; CIV. NO. 1RC16-1-1982)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

The application for writ of certiorari, filed on March 29, 2018, is hereby rejected.

DATED: Honolulu, Hawai‘i, May 1, 2018.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson